Daniel F. Pyne, Bar No. 131955
dpyne@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiff
Avago Technologies U.S. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S. INC., <br><br>Plaintiff,<br><br>v.<br><br>HENRIK MORKNER, and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO.  10-CV-02301 LHK<br><br>**STIPULATION FOR DISMISSAL AND (PROPOSED) ORDER THEREON** |

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED by and between plaintiff Avago Technologies U.S. Inc. (hereafter referred to as "Avago") and defendant Henrik Morkner (hereafter referred to as "Morkner") that:

1.  Plaintiff Avago filed suit against defendant Morkner in the United States District Court for the Northern District of California on May 26, 2010;

2.  In response to the complaint, Morkner filed a motion to dismiss pursuant to Federal Rules of Civil Procedure, Rule 12, on June 25, 2010.

3. In recent weeks, the parties have engaged in discussions regarding the possibility of settling the pending litigation;

4. The parties have agreed to resolve the case on mutually acceptable terms and have executed a confidential Settlement Agreement and General Release setting forth the terms of their agreement;

5. The parties have agreed that plaintiff Avago will dismiss its complaint with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41; and

6. The parties have agreed that each will bear its own costs and attorney fees.

IT IS SO STIPULATED.

Dated: November 16, 2010

HOPKINS & CARLEY

By: *Daniel F. Pyne* (signature)
Daniel F. Pyne
Attorneys for Plaintiff Avago Technologies U.S. Inc.

THOITS LOVE HERSHBERGER & MCLEAN

Dated: November 16, 2010

By: /s/ Jeffrey A. Snyder
Jeffrey A. Snyder
Attorneys for Defendant Henrik Morkner

Based on the foregoing stipulation, and for good cause shown, this action is hereby ordered dismissed with prejudice. The Clerk shall close the file and terminate any pending motions.

Dated: December 8, 2010

*Lucy H. Koh* (signature)
The Honorable Lucy H. Koh
United States District Judge